

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON PEREZ, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID A. VARANO, et al., | : | |
| Respondents. | : | No. 12-7057 |

## ORDER

FILED JUL 24 2013 MICHAEL E. KUNZ, Clerk By___ Dep. Clerk

**MICHAEL M. BAYLSON, J.**

AND NOW, this 24th day of July, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's Motion to Stay his habeas proceedings (doc. 7) is GRANTED. This court's previous orders are VACATED to the extent they denied the motion without prejudice.

3. Petitioner's petition for a writ of habeas corpus is STAYED and held in ABEYANCE until the conclusion of Petitioner's state court proceedings.

4. Petitioner shall return to federal court within thirty days following the conclusion of his state court proceedings. If Petitioner does not return to federal court within thirty days following the conclusion of his state court proceedings, this stay and abeyance order is vacated and his petition is denied with prejudice for the reasons set forth in the June 27, 2013 Report and Recommendation of United States Magistrate Judge Timothy R. Rice.

5. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.