## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON PEREZ, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | FILED |
| DAVID A. VARANO, et al., | : | |
| Respondents. | : | No. 12-7057 JUN 14 2019 |
| **ORDER** | | KATE BARKMAN, Clerk |
| | | By_____Dep. Clerk |

**MICHAEL M. BAYLSON, J.**

AND NOW, this 14th day of June , 2018, upon careful and independent

consideration of the petition for a writ of habeas corpus, and after review of the Report and

Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.